VIVIAN HALL v. THE STATE.

No. 19214.    Delivered November 17, 1937.

The opinion states the case.

*Landman & Landman,* of Athens, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is forgery; penalty assessed at confinement in the penitentiary for a period of two years.

The indictment appears regular. The record is before us without statement of facts or bills of exception. In the absence of the evidence heard upon the trial, this court is unable to appraise the matters presented in the motion for new trial.

The judgment is affirmed.

*Affirmed.*